# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
March 4, 2019

Lyle W. Cayce
Clerk

No. 17-51121
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

THOMAS ANTHONY CHESTNUT, JR., also known as Thomas Anthony
Chestnut,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:17-CR-70-1

Before HIGGINBOTHAM, SMITH, and HAYNES, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Thomas Anthony Chestnut, Jr., has
moved for leave to withdraw and has filed briefs in accordance with *Anders v.
California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th
Cir. 2011). Chestnut has not filed a response. We have reviewed counsel's
briefs and the relevant portions of the record reflected therein. We concur with

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

## No. 17-51121

counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.